RECEIVED
SEP 10 2026
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
________________ DIVISION

Fannie Abernathy
Plaintiff(s),

v. Steri-Cycle & OSHA

Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.)

4:26-cv-01444 JMB
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ☑ NO ☐

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq*., for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

___ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq*., for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

___ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq*., for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

**PARTIES**

2. Plaintiff's name: Fannie Abernathy

Plaintiff's address: 14080 Old Halls Ferry Rd.
Street address or P.O. Box

Florissant, Mo. 63034
City/ County/ State/Zip Code

314-705-6435
Area code and telephone number

3. Defendant's name: Steri-cyle

Defendant's address: 629 Lambert Point Drive
Street address or P.O. Box

Hazelwood, Mo. 63042
City/County/State/ Zip Code

866-308-9097
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_______________________________________________________________

(Street Address) (City/County) (State) (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

_______________________________________________________________

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

[✓] Yes Date filed: 06/4/26

[ ] No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

[✓] Yes Date filed: 06/4/26

[ ] No

8. Have you received a Notice of Right-to-Sue Letter?

[✓] Yes [ ] No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

____ failure to hire me

____ termination of my employment

____ failure to promote me

____ failure to accommodate my disability

____ terms and conditions of my employment differ from those of similar employees

____ retaliation

_✓_ harassment

____ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

[✓] Yes [ ] No

11. I believe that I was discriminated against because of my (check all that apply):

____ race

____ religion

____ national origin

____ color

✓ gender

____ disability

____ age (birth year is: ____________)

____ other:

Did you state the same reason(s) in your charge of discrimination?

[✓] Yes [ ] No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

1. (On March 10, 2025) An OSHA Employee visted the steri-cyle Ware house concerning hazards complaints; within the ware house.

- I was approched by an employee and he stated "Mr. Eduardice", needed me in the Conference room.
- Immediately, I went to the Conference room. Mr. Eduardice sat in a chair with papers work.

(Continue to page 6, if additional space is needed.)



(Cont.)

(Contine) • He began questioning concerning Employees Work expectations that took place in the Ware-house; Examples; Lifting, Smashing or breaking Consoles phycially or with a sledge hammer. • Excessive Dust Hazards, etc; Dust protective glasses; Next he gave me a document to read + sign; I did attempt to glance the document, Nevertheless, the printing was very small.

- I shared this with him; that I would need my reading glasses in order to see and read the printing.
- He told me to read it, and sign it; My response to him, "I need to have my eyeglasses.
- He responded, Read it Sign it, Read it Sign it.
- Finnally, I did ask to go to my locker to get my glasses; he allowed me to go.
- Steri-cycle Management was standing in the Hallway, outside the open door to the conferente room, while this took place.
- Once, I made it to my locker and Looked for my eyeglasses. Out of all days, I didn't have my eyeglasses; Hurt and tears withheld, Afraid to go back and Let him Know; my glasses;

(Attach additional sheets as necessary).

(Cont.) had been [illegible] to blame, when I told him about the situation, he insisted that I still "read and sign the document; "Read it, Sign it, Read it sign it! Finnally, after his much abusive behavior; I asked, Mr. Edurdce, "that if he would read it; than I would Sign it". He read the information to me and I signed the paper. Steri-cycle Management, still standing in the hallway outside the Conference room.

(April 30, 25) The same OSHA employee Mr. Eduardce; sent an employee to tell me that I was needed in the conference room. Imediately, to the conference room I went. Mr. Eduardce and along table full of mangers sat at the table. There was one empty chair at the table next to Mr. Eduardce available, in which I sat. Everyone watching he takes a monitor, and begin grabbing my upper Clothing near my chest. I instanly said, "Wait what are you doing? He continued and said, "I am putting this monitor on you". "No, I don't want it on me," no matter how I resisted, he continued to grab my upper clothing as I resisted; the with "no," continued to mean; nothing to him. Finnally, Ms. Stephaine, a manager spoke up with clarity, ms. fannie; you mean opt. out, yes, was my response; he insisted "She get no chance to opt. out with OSHA! He never let go of my clothing until I finnally said loudly + hurt; "go for it!" The rest of Management still watched as he took control over my body. My superoisor, Mr. JeBryant was notified of both incidents.

(6) Cont.

(Cont.) The manger that did try and clarify, that I wanted to Opt. out.. Did ask, that since OSHA placed their Monitor on me; ①She had allowed me to opt-out the one time she had come to the work floor, while I was working. Mr. Marc, was with her. I really Appreatie appreciated Ms. Stephanie, respect for my work load; therefore even though I was so hurt with pain, I still said "Yes" to her request. She than placed her monitor on me. I left and than went back to the work floor. Then later, "Mr. Marc. comes to the work floor and Says "Ms. Stephanie told her manager and they are going to be sueing and if I want to, that I can use their Lawyer. I looked at him with amazing, if it was from the Heart.? God Bless! However, all I said was "I will be sueing." I went back to work.

13. The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☐ are no longer being committed by the defendant.

☑ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes. Thank you, for giving me an chance to submit this petition; sharing what I want the Court to do for me; I am asking that OSHA and Steri-cyle share the responsibilty of paying me; $200,000 to help with the recovery of my Life hurts, Immediately, pains and sufferings; that I do experience; while they still linger on.

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of September, 20 26.

Signature of Plaintiff Fannie Abernathy